UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ZURICH FINANCIAL SERVICES

Defendant.

---

: 08 Civ. 10760 (WHP)
: ECF Case

**RECEIPT ACKNOWLEDGING RECEIPT OF**
**FUNDS AND DEPOSIT INTO ESCROW ACCOUNT**

The Garden City Group, Inc. ("GCG"), the Claims Administrator in the above-captioned matter, respectfully submits this Receipt Acknowledging Receipt of Funds and Deposit into Escrow Account ("Receipt") in accordance with Section 3.30(a) of the Distribution Plan which states, "the Claims Administrator shall sign a receipt acknowledging the receipt of the funds and deposit these monies in a bank account…The Claims Administrator shall then file the signed receipt with the Court and supply a copy of the receipt to counsel for the Commission in this matter within ten (10) days of the receipt of monies."

On or about Monday, August 27, 2012, Stephen Reinhardt, Senior Vice President of Signature Bank, received United States Treasury check number 00957467 dated August 23, 2012, made payable to "QSF SEC V. ZURICH FIN SRV DIST FUND" in the amount of $25,029,103.56. The funds were deposited on August 27, 2012.

Attached to this Receipt is an e-mail from Stephen Reinhardt acknowledging the receipt of the check and confirming the depositing of funds ("Exhibit 1"). Also attached is a copy of the deposited check ("Exhibit 2").

A copy of this Receipt, in accordance with the Distribution Plan, has been supplied to counsel for the Commission.

Dated: September 6, 2012  
      Lake Success, NY

Respectfully submitted,

By: _____  
    Stephen J. Cirami

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Tenth Progress Report of the Claims Administrator was filed electronically on September 6, 2012. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF System.

Jennifer Jordan
The Garden City Group, Inc.
1985 Marcus Ave.
Lake Success, NY 11042
Phone: 631-470-5158
Fax: 631-940-6555